UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARD STAHL

        Plaintiff

-v-

CREDIT PROTECTION ASSOCIATION, LP

        Defendant

**MEDIATION CERTIFICATION**

14-CV-06269

---

I hereby certify that :

\_\_\_\_ Case has settled prior to scheduling first session.

\_\_\_\_ Case has settled prior to session scheduled for _____.

__x__ A mediation session was held on: February 23, 2015.

☒ **Case has settled.** The parties have agreed that Plaintiff will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than March 23, 2015.

☐ **Case has not settled.** Mediation will continue on _____.
                                                                                        (specific date)

☐ **Case has not settled.** The parties may schedule another session at a later date.

☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: __2/23/15__                              __/s/ Michael A. Brady__
                                                                       Mediator

Additional Comments: