UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EDWARD STAHL

        Plaintiff,

v.

Civil Action No. 14-CV-6269

CREDIT PROTECTION ASSOCIATION, LP,

        Defendant.

## **STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:                                                              DATED:

/s/ Seth J. Andrews, Esq.                                 /s/ Concepcion A. Montoya, Esq.
Seth J. Andrews, Esq.                                      Concepcion A. Montoya, Esq.
Law Offices of Kenneth Hiller                          Hinshaw & Culbertson, LLP
*Attorneys for Plaintiff*                                    *Attorneys for Defendant*
6000 North Bailey Avenue, Suite 1A              800 Third Avenue
Amherst, New York 14226                             New York, New York 10022
Phone: (716) 564-3288                                    Phone: (212)471-6200