UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARD STAHL

        Plaintiff,

v.

Civil Action No. 14-CV-6269

CREDIT PROTECTION ASSOCIATION, LP,

        Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

| DATED: | DATED: |
|---|---|
| /s/ Seth J. Andrews, Esq. | /s/ Concepcion A. Montoya, Esq. |
| Seth J. Andrews, Esq. | Concepcion A. Montoya, Esq. |
| Law Offices of Kenneth Hiller | Hinshaw & Culbertson, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 6000 North Bailey Avenue, Suite 1A | 800 Third Avenue |
| Amherst, New York 14226 | New York, New York 10022 |
| Phone: (716) 564-3288 | Phone: (212) 471-6200 |

SO ORDERED THIS 16th DAY OF April, 2015

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge